**Electronically Filed
Supreme Court
SCWC-25-0000714
06-JUL-2026
11:31 AM
Dkt. 42 ODMR**

SCWC-25-0000714

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

AILEEN LEILANI PRESTON; OLA PRESTON; VANCE PRESTON, JR.;
SONNY PRESTON; HARMONY PAKELE-PRESTON; VANCINA PRESTON;
BARBARA PRESTON; VANCE PRESTON; MARGARET MAIAVA;
JAYLEEN MAIAVA; JAYDEN MAIAVA; and HUNTER MAIAVA,
Petitioners/Defendants-Appellants.

vs.

THE HONORABLE KEITH K. HIRAOKA; THE HONORABLE CLYDE J.
WADSWORTH; and THE HONORABLE SONJA M.P. MCCULLEN;
Judges of the Intermediate Court of Appeals,
State of Hawaiʻi,
Respondent Judges,

and

ANTHONY MARK LAKANA TAKEMOTO, as personal representative
of THE ESTATE OF MOSES KAPUHILANI TAKEMOTO,
Respondent/Plaintiff-Appellee.

---

ORIGINAL PROCEEDING
(CAAP-25-0000714; CIV. NO. 1DRC-25-0004107)

ORDER
(By: Devens, C.J., McKenna, Eddins, Ginoza, JJ.,
and Circuit Judge Tonaki, assigned by reason of vacancy)

Upon consideration of Respondent/Plaintiff-Appellee's

Motion for Reconsideration or Clarification filed June 29, 2026,

and the record, this court has not overlooked or misapprehended points of law or fact. <u>See</u> Hawaiʻi Rules of Appellate Procedure, Rule 40(b) (eff. 2000).

It is ordered that the motion is denied.

DATED:  Honolulu, Hawaiʻi, July 6, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna



/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ John M. Tonaki